November 8, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF C.M.M.

NO. 14-16-00427-CV

_____

This cause, an appeal from the order signed May 20, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the order of the court below **AFFIRMED**.

We further order this decision certified below for observance.

We further order that mandate be issued immediately.